```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01847-MDF
Ronald Kevin Greene                                                 Chapter 13
Pamela Augusta Greene
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach           Page 1 of 1           Date Rcvd: Jul 28, 2016
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
db/jdb         +Ronald Kevin Greene,   Pamela Augusta Greene,   1136 Blue Bird Lane,   York, PA 17402-9232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor    Toyota Motor Credit Corporation JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    Toyota Motor Credit Corporation pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Toyota Motor Credit Corporation pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Pamela Augusta Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Ronald Kevin Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RONALD and PAMELA GREENE, | : | |
| Debtor | : | CASE NO. 1:16-bk-01847-MDF |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DIRECTING DEBTORS TO FILE AN AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtors' Chapter 13 Plan, and upon consideration of the Objection filed by Toyota Motor Credit Corporation, the Objection is SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtors' Chapter 13 Plan is DENIED; and it is

FURTHER ORDERED that Debtors FILE an Amended Chapter 13 Plan within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(JK)

Date: July 27, 2016