```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01847-MDF
Ronald Kevin Greene                                                 Chapter 13
Pamela Augusta Greene
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: CKovach         Page 1 of 1         Date Rcvd: Sep 29, 2016
                            Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db/jdb          +Ronald Kevin Greene,    Pamela Augusta Greene,    1136 Blue Bird Lane,    York, PA 17402-9232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor    Toyota Motor Credit Corporation JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    Toyota Motor Credit Corporation pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Toyota Motor Credit Corporation pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Pamela Augusta Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Ronald Kevin Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ronald Kevin Greene<br>Pamela Augusta Greene | Chapter  13 |
| | Case No.  1:16−bk−01847−MDF |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 26, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: September 29, 2016

By the Court,

*Mary D. France* (signature)

Honorable Mary D. France
United States Bankruptcy Judge
By: CKovach, Deputy Clerk