```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-01847-HWV
Ronald Kevin Greene                                                     Chapter 13
Pamela Augusta Greene
      Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach                 Page 1 of 4                  Date Rcvd: May 01, 2019
                              Form ID: ordsmiss             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +Ronald Kevin Greene,    Pamela Augusta Greene,    1136 Blue Bird Lane,    York, PA 17402-9232
4793795        ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court:  Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
4783856        +American Coradius International LLC,    2420 Sweet Home Road, Suite 150,
                 Buffalo, NY 14228-2244
4783866        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:  Continental Finance Company, LLC,    PO Box 8099,
                 Newark, DE 19714-8099)
4783862        +Chambers Hill Commons,    Condominium Association,    360 Loucks Road,    York, PA 17404-1723
4783882        +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
4783885        +First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
4783886         First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
4783891        +J.A. Cambece Law Office, PC,    200 Cummings Center,    Suite 173D,    Beverly, MA 01915-6190
4783892        ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court:  J.C. Christensen & Associates, Inc,     P.O. Box 519,
                 Sauk Rapids, MN 56379)
4783903        +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
4783897        +Medical Data Systems I,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
4783898        +Medical Revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
4783899         Memorial Hospital,    P.O. Box 505167,    Saint Louis, MO 63150-5167
4794562        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
4783901        +Midland Mortgage Company,    999 NW Grand Boulevard,    Oklahoma City, OK 73118-6051
4783913        +NCB Management Services, Inc,    PO Box 1099,    Langhorne, PA 19047-6099
4794459         Navient Solutions, Inc. on behalf of Educational,    Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
4783914        +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
4783920        +Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
4783923        +Syncb/JCP,    5125 Windward Plaza,    Alpharetta, GA 30004-3891
4789963        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5065005         United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
4783931        +Wellspan Health,    York Hospital,    1001 South George Street,    York, PA 17403-3645
4783934         Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
4783933        +Wellspan Medical Group,    Physician Billing Sedrvices,    1803 Mt. Rose Ave., Suite B3,
                 York, PA 17403-3051
4783936        +York Hospital,    1001 S. George Street,    York, PA 17403-3645
4783939        +York Memorial Hospital,    325 South Belmont Street,    York, PA 17403-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4783857        +EDI: ACBK.COM May 01 2019 23:38:00      American Credit Acceptance,    PO Box 204531,
                 Dallas, TX 75320-4531
4803042        +EDI: ACBK.COM May 01 2019 23:38:00      American Credit Acceptance,    961 E. Main Street,
                 Spartanburg, SC 29302-2185
4783858        +EDI: RESURGENT.COM May 01 2019 23:38:00      CACH, LLC,    4340 S. Monaco Street,
                 Denver, CO 80237-3485
4812480         EDI: RESURGENT.COM May 01 2019 23:38:00      CACH, LLC,    PO Box 10587,
                 GREENVILLE, SC  29603-0587
4783859         EDI: CAPITALONE.COM May 01 2019 23:33:00      Capital One Bank USA,    15000 Capital One Drive,
                 Henrico, VA 23238
4792203         EDI: CAPITALONE.COM May 01 2019 23:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4824332         EDI: BL-BECKET.COM May 01 2019 23:38:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
4783863        +EDI: CHASE.COM May 01 2019 23:38:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
4783864        +EDI: CITICORP.COM May 01 2019 23:33:00      Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
4783865        +EDI: WFNNB.COM May 01 2019 23:38:00      Comenity Bank,    P.O. Box 659465,
                 San Antonio, TX 78265-9465
4810801        +EDI: CRFRSTNA.COM May 01 2019 23:33:00      Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
4783867         EDI: CRFRSTNA.COM May 01 2019 23:33:00      Credit First NA,    6275 Eastland Road,
                 Brookpark, OH 44142-1399
4783870        +EDI: RCSFNBMARIN.COM May 01 2019 23:33:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
4783871        +EDI: NAVIENTFKASMDOE.COM May 01 2019 23:38:00      Dept of Ed/navient,    P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
4783887        +EDI: AMINFOFP.COM May 01 2019 23:38:00      First Premier Bank,    601 S. Minnesota Ave,
                 Sioux Falls, SD 57104-4868
4783889        +EDI: BLUESTEM May 01 2019 23:38:00      Gettington,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
4783893         EDI: JEFFERSONCAP.COM May 01 2019 23:38:00      Jefferson Capital Systems,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4825691        EDI: JEFFERSONCAP.COM May 01 2019 23:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
4783894        E-mail/Text: bncnotices@becket-lee.com May 01 2019 19:47:58      Kohls/capone,   N56 W 17000,
               Ridgewood Drive,    Menomonee Falls, WI 53051
4820260        EDI: RESURGENT.COM May 01 2019 23:38:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
4820228        EDI: MERRICKBANK.COM May 01 2019 23:33:00      MERRICK BANK,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
4818804       +EDI: MID8.COM May 01 2019 23:38:00      MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
4801214       +EDI: CBSMASON May 01 2019 23:33:00      Massey's,   c/o Creditors Bankruptcy Service,
               P O Box 800849,   Dallas, TX 75380-0849
4783896       +E-mail/Text: bknotices@mbandw.com May 01 2019 19:48:28      McCarthy, Burgess & Wolff,
               26000 Cannon Road,    Bedford, OH 44146-1807
4783900       +EDI: MERRICKBANK.COM May 01 2019 23:33:00      Merrick Bank,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
4783902       +EDI: CBS7AVE May 01 2019 23:38:00      Montgomery Ward,   3650 Milwaukee Street,
               Madison, WI 53714-2304
4783904       +EDI: NAVIENTFKASMSERV.COM May 01 2019 23:38:00      Navient,   P.O. Box 9500,
               Wilkes Barre, PA 18773-9500
4827790        EDI: NAVIENTFKASMSERV.COM May 01 2019 23:38:00      Navient Solutions Inc. on behalf of,
               Department of Education Services,   P.O. Box 9635,   Wilkes-Barre PA. 18773-9635
4783917        EDI: PRA.COM May 01 2019 23:38:00      Portfolio Recovery Associates,
               120 Corporate Boulevard, Suite 100,   Norfolk, VA 23502-4962
4826099        EDI: PRA.COM May 01 2019 23:38:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
4819764       +E-mail/Text: ebn@vativrecovery.com May 01 2019 19:48:03      Palisades Collections, LLC,
               VATIV RECOVERY SOLUTIONS LLC, dba SMC,   P.O. Box 40728,   HOUSTON TX 77240-0728
4825694       +EDI: JEFFERSONCAP.COM May 01 2019 23:38:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4797476        EDI: Q3G.COM May 01 2019 23:38:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA 98083-0788
4818536        EDI: Q3G.COM May 01 2019 23:38:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
4783921       +EDI: DRIV.COM May 01 2019 23:38:00      Santander Consumer,   P.O. Box 105255,
               Atlanta, GA 30348-5255
4794248       +EDI: DRIV.COM May 01 2019 23:38:00      Santander Consumer USA Inc.,   P.O. Box 560284,
               Dallas, TX 75356-0284
4801215       +EDI: CBSMASON May 01 2019 23:33:00      Stoneberry,   c/o Creditors Bankruptcy Service,
               P O Box 800849,   Dallas, TX 75380-0849
4783922       +EDI: RMSC.COM May 01 2019 23:33:00      Syncb/care credit,   P.O. Box 965036,
               Orlando, FL 32896-5036
4783925       +EDI: RMSC.COM May 01 2019 23:33:00      Syncb/walmart DC,   P.O. Box 965024,
               Orlando, FL 32896-5024
4783926       +EDI: TFSR.COM May 01 2019 23:33:00      Toyota Motor Credit Co,   240 Gibraltar Road, Suite 260,
               Horsham, PA 19044-2387
4862325        EDI: BL-TOYOTA.COM May 01 2019 23:38:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4783929       +EDI: BLUESTEM May 01 2019 23:38:00      Webbank/gettington,   6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
4783930       +EDI: WFFC.COM May 01 2019 23:38:00      Wells Fargo,   P.O. Box 14517,
               Des Moines, IA 50306-3517
4827226       +EDI: WFFC.COM May 01 2019 23:38:00      Wells Fargo Card Services,   1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
                                                                                               TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
4783860*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,   15000 Capital One Drive,
               Henrico, VA 23238)
4783861*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,   15000 Capital One Drive,
               Henrico, VA 23238)
4783895*      ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court: Mabt/Contfin,   121 Continental Drive Suite 1,   Newark, DE 19713)
4837815*      +Chambers Hill Commons,   Condominium Association,   360 Loucks Road,   York PA 17404-1723
4783868*       Credit First NA,   6275 Eastland Road,   Brookpark, OH 44142-1399
4783869*       Credit First NA,   6275 Eastland Road,   Brookpark, OH 44142-1399
4783872*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783873*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783874*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783875*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783876*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783877*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783878*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
4783879*      +Dept of Ed/navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
```

```
District/off: 0314-1           User: CKovach            Page 3 of 4            Date Rcvd: May 01, 2019
                               Form ID: ordsmiss        Total Noticed: 72

            ***** BYPASSED RECIPIENTS (continued) *****
4783880*      +Dept of Ed/navient,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
4783881*      +Dept of Ed/navient,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
4783883*      +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
4783884*      +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
4783888*      +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
4783890*      +Gettington,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4783905*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783906*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783907*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783908*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783909*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783910*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783911*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783912*      +Navient,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
4783918*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,
                Norfolk, VA 23502-4962)
4783919*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,
                Norfolk, VA 23502-4962)
4783916*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4783924*      +Syncb/JCP,    5125 Windward Plaza,    Alpharetta, GA 30004-3891
4783927*      +Toyota Motor Credit Co,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
4783928*      +Toyota Motor Credit Co,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
4820447*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4783932*      +Wellspan Health,   York Hospital,    1001 South George Street,    York, PA 17403-3645
4783935*       Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
4783937*      +York Hospital,    1001 S. George Street,    York, PA 17403-3645
4783938*      +York Hospital,    1001 S. George Street,    York, PA 17403-3645
4783915       ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                      TOTALS: 0, * 40, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor   Toyota Motor Credit Corporation bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor   Toyota Motor Credit Corporation jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor   Toyota Motor Credit Corporation pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                      TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ronald Kevin Greene,<br>**Debtor 1**<br><br>Pamela Augusta Greene,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:16–bk–01847–HWV |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: May 1, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

ordsmiss (05/18)